

Cohen & Mizrahi LLP

Edward Y. Kroub – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
Edward@cml.legal | W: cml.legal

FEB 04 2020

February 3, 2020

ORDERED: 2/4/20

/s/ Alison J. Nathan
ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

VIA ECF

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Kayumova v. Equifax Information Services, LLC, et al.*, 1:19-cv-10191-AJN

Dear Judge Nathan:

We represent plaintiff Yana Kayumova ("Plaintiff") in the above-referenced matter and write to respectfully request that the Court adjourn the initial conference currently scheduled for Friday, April 10, 2020 at 3:30 p.m. as that day is the second day of Passover. Defendants have consented to Plaintiff's adjournment request and this is the parties' first request for an adjournment. Plaintiff proposes that the Court reschedule the conference to either: (i) the morning of April 17, 2020; (ii) April 23, 2020; or (iii) the morning of May 1, 2020.

Thank you for your time and consideration of the above request.

Respectfully submitted,
*/s/ Edward Y. Kroub*
EDWARD Y. KROUB

cc:   All Counsel of Record (via ECF)

---

The initial pretrial conference scheduled for April 10, 2020 is hereby adjourned to April 23, 2020 at 3 p.m. A proposed case management plan and joint letter are due no later than seven days before the conference. *See* Dkt. No. 18.
SO ORDERED.