

SO ORDERED. 5/18/20

*Alison J. Nathan*
Alison J. Nathan, U.S.D.J.



Edward Y. Kroub – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: Edward@cml.legal | W: cml.legal

May 15, 2020

**VIA ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *Kayumova v. Equifax Information Services, LLC, et al.*, <u>1:19-cv-10191-AJN</u>

Dear Judge Nathan:

    We represent plaintiff Yana Kayumova ("Plaintiff") in the above-referenced matter and write to notify the Court that the Plaintiff has settled with defendant Synchrony Bank ("Defendant") in this matter on April 17, 2020 (Docket No. 47). Due to the fact that the settlement negotiations and papering of the settlement terms has taken some additional time, <u>the parties respectfully request an additional thirty (30) days to file the stipulation of dismissal with the Court.</u>  SO ORDERED

    Thank you for your time and consideration of the above request.

                                   Respectfully submitted,
                                   */s/ Edward Y. Kroub*
                                   EDWARD Y. KROUB

cc:    All Counsel of Record (via ECF)